Form 410

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**William R. Kelley**
Debtor(s)

Bankruptcy Case No.: 13–21362–CMB
112
Chapter: 13
Docket No.: 113 – 112
Concil. Conf.: November 3, 2016 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **October 3, 2016,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **October 17, 2016,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **November 3, 2016** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: August 17, 2016

Carlota M. Bohm
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689−4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 13-21362-CMB
William R. Kelley                                                       Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: dsaw           Page 1 of 2           Date Rcvd: Aug 17, 2016
                             Form ID: 410         Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2016.
```
db          +William R. Kelley,    1028 Broadway Blvd.,    Pitcairn, PA 15140-1603
cr          +Beneficial Consumer Discount Company,    14841 Dallas Parkway Suite 300,    Dallas, TX 75254-7883
cr          +Borough of Pitcairn,    582 Sixth Street,    Pitcairn, PA 15140-1200
cr           Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA   15219
cr          +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
              Pittsburgh, PA 15212-5860
cr          +HSBC Finance Corporation,    P. O. Box 829009,    Dallas, TX 75382-9009
13601444    +Beneficial/HFC,    PO Box 9068,    Brandon, FL 33509-9068
13649052    +Borough of Pitcairn,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
              Pittsburgh, PA 15219-6101
13601445    +Citizens Bank,    1 Citizens Drive,    Riverside, RI 02915-3000
13649051    +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
              Pittsburgh, PA 15219-6101
13601447    +Equitable Gas,    PO Box 6766,    Pittsburgh, PA 15212-0766
13601448    +Galaxy Asset Purchasing,    c/o Asset Recovery Solutions,    2200 E. Devon Ave., Ste. 200,
              Des Plaines, IL 60018-4501
13601449    +Gateway School DistrictTax Office,    2700 Monroeville Blvd.,    Monroeville, PA 15146-2359
13692548    +HSBC Mortgage Services, Inc.,    PO Box 21188,    Eagan, MN 55121-0188
13601450    +John K. Weinstein,    Allegheny County Treasurer,    PO Box 643385,    Pittsburgh, PA 15264-3385
13601452    +Monroeville Municipal Authority,    219 Speelman Lane,    Monroeville, PA 15146-3903
13601453    +Municipality of Monroeville Tax Office,    2700 Monroeville Blvd.,    Monroeville, PA 15146-2359
13601454    +NCC Business Services, Inc.,    PO Box 23758,    Jacksonville, FL 32241-3758
13601455    +NCO Financial Systems, Inc.,    PO Box 12100, Dept 64,    Trenton, NJ 08650-2100
13601457    +Penn Credit Corporation,    916 S. 14th Street,    Harrisburg, PA 17104-3425
13601458    +Pitcairn Boro Real Estate Tax,    222 Center Avenue,    Pitcairn, PA 15140-1416
13601459    +Santander Consumer USA,    Attention: Bankruptcy Dept.,    PO Box 560284,    Dallas, TX 75356-0284
13601460    +United Collection Bureau, Inc.,    PO Box 140190,    Toledo, OH 43614-0190
13601461    +Verizon,    500 Technology Drive, Suite 300,    Weldon Springs, MO 63304-2225
13601462    +Verizon Wireless,    PO Box 25505,    Lehigh Valley, PA 18002-5505
13601463    +West Penn Joint Water Authority,    2200 Robinson Blvd.,    Pittsburgh, PA 15221-1112
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 18 2016 01:12:39
              PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
13601443    +E-mail/Text: amscbankruptcy@adt.com Aug 18 2016 01:18:58      ADT Security Services,
              PO Box 650485,    Dallas, TX 75265-0485
13601446    +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Aug 18 2016 01:19:04      Duquesne Light Company,
              411 Seventh Avenue,    Pittsburgh, PA 15219-1942
13644229    +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Aug 18 2016 01:19:04      Duquesne Light Company,
              c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
              Pittsburgh, PA 15219-1908
13601451    +E-mail/Text: bankruptcy@affglo.com Aug 18 2016 01:18:27      Leading Edge Recovery Solutions,
              5440 N. Cumberland Ave., Suite 300,    Chicago, IL 60656-1486
13641986    +E-mail/Text: bncmail@w-legal.com Aug 18 2016 01:18:47      OAK HARBOR CAPITAL VII, LLC,
              C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13601456    +E-mail/Text: OMbknotifications@Onemainfinancial.com Aug 18 2016 01:19:00      One Main Financial,
              6801 Colwell Blvd.,    Irving, TX 75039-3198
13911903     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 18 2016 01:12:19
              Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
13656652     E-mail/Text: bnc-quantum@quantum3group.com Aug 18 2016 01:17:58
              Quantum3 Group LLC as agent for,    Galaxy Asset Purchasing LLC,    PO Box 788,
              Kirkland, WA  98083-0788
14185655    +E-mail/Text: Bankruptcy@wsfsbank.com Aug 18 2016 01:19:07
              Wilmington Savings Fund Society, FSB,    500 Delaware Avenue, 11th Floor,
              Wilmington, DE 19801-7405
                                                                                              TOTAL: 10
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Allegheny County
cr              Beneficial Consumer Discount, Co.
cr              GREEN TREE SERVICING LLC
cr              HSBC Mortgage Corp.
cr              HSBC Mortgage Services, Inc.
cr              Wilmington Savings Fund Society, FSB, Et Al...
cr*         +BENEFICIAL CONSUMER DISCOUNT COMPANY,    14841 Dallas Parkway, Suite 300,
              Dallas, TX 75254-7883
13674023    ##+Equitable Gas Company,    c/o Donna Treemarchi,    70 Glenn Way,    McKees Rocks, PA 15136-2436
                                                                                 TOTALS: 6, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2          User: dsaw              Page 2 of 2           Date Rcvd: Aug 17, 2016
                              Form ID: 410            Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2016                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2016 at the address(es) listed below:

```
          Andrew F Gornall    on behalf of Creditor    Wilmington Savings Fund Society, FSB, Et Al...
           agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Andrew F Gornall    on behalf of Creditor    Beneficial Consumer Discount Company
           agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Brian C. Thompson    on behalf of Debtor William R. Kelley bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
           spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
           torney.com
          Celine P. DerKrikorian    on behalf of Creditor    Beneficial Consumer Discount, Co.
           ecfmail@mwc-law.com
          Celine P. DerKrikorian    on behalf of Creditor    HSBC Mortgage Services, Inc. ecfmail@mwc-law.com
          Celine P. DerKrikorian    on behalf of Creditor    Beneficial Consumer Discount Company
           ecfmail@mwc-law.com
          Hilary B. Bonial    on behalf of Creditor    HSBC Finance Corporation notice@bkcylaw.com
          Jeffrey R. Hunt    on behalf of Creditor    Borough of Pitcairn jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,   cnoroski@grblaw.com
          Kevin T. McQuail    on behalf of Creditor    Beneficial Consumer Discount, Co. ecfmail@mwc-law.com
          Kevin T. McQuail    on behalf of Creditor    HSBC Mortgage Corp. ecfmail@mwc-law.com
          Marisa Myers Cohen    on behalf of Creditor    Beneficial Consumer Discount Company
           mcohen@mwc-law.com
          Mary F. Kennedy    on behalf of Creditor    GREEN TREE SERVICING LLC mary@javardianlaw.com,
           tami@javardianlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
           rive.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                              TOTAL: 17
```