# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

FILED
11/4/16 9:08 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Conciliation Conference:

- **Debtor:** WILLIAM R. KELLEY
- **Case Number:** 13-21362-CMB    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, NOVEMBER 03, 2016 09:00 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#112 - Trustee's Certificate of Default to Dismiss

#115 Amended Plan Dated 10/3/2016 - FC [Plan appears unserved]
    +Objections By: Peoples Natural Gas Co.
R / M #:  112 / 0

### Appearances:

Lemon

- Debtor:
- Trustee: Winnecour / Bedford / (Pail) / Katz
- Creditor: Wallace - Peoples Gas

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____ effective _____.
7. _____ Plan/Motion continued
8. __X__ An Amended Plan is to be served on all creditors and certificate of service filed by 12/23/16
    Objections are due on or before 12/12/16
    A hearing on the Amended Plan is set for 1/19/17 2:00

9. _____ Contested Hearing: _____ at _____.
10. _____ Other: