**Form 222**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**William R. Kelley**
   Debtor(s)

Bankruptcy Case No.: 13–21362–CMB
Related To Dkt. No. 131
Chapter: 13
Docket No.: 132 – 131
Concil. Conf.: March 16, 2017 at 02:30 PM

## ORDER

    **IT IS HEREBY ORDERED** that, the Debtor(s) shall immediately serve a copy of this *Order,* the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan Dated February 6, 2017* on the Chapter 13 Trustee and all parties on the mailing matrix and complete and file the accompanying *Certificate of Service* with the Clerk.

    On or before **March 2, 2017,** all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Untimely *objections* will not be considered.

    On **March 16, 2017** at **02:30 PM,** a Conciliation Conference on the Debtor(s)' *Amended Plan* shall occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

    If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

*Carlota M. Böhm*, Judge
United States Bankruptcy Court

Dated: February 7, 2017

cm: Debtor(s) and/or Debtor(s)' counsel

United States Bankruptcy Court
Western District of Pennsylvania

In re:
William R. Kelley
    Debtor

Case No. 13-21362-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2            User: jhel                    Page 1 of 1                  Date Rcvd: Feb 07, 2017
                                Form ID: 222                  Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 09, 2017.
db             +William R. Kelley,   1028 Broadway Blvd.,   Pitcairn, PA 15140-1603

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 7, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Wilmington Savings Fund Society, FSB, Et Al...
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    Beneficial Consumer Discount Company
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Brian C. Thompson    on behalf of Debtor William R. Kelley bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
               spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
               torney.com
              Celine P. DerKrikorian    on behalf of Creditor    HSBC Mortgage Services, Inc. ecfmail@mwc-law.com
              Celine P. DerKrikorian    on behalf of Creditor    Beneficial Consumer Discount Company
               ecfmail@mwc-law.com
              Celine P. DerKrikorian    on behalf of Creditor    Beneficial Consumer Discount, Co.
               ecfmail@mwc-law.com
              Hilary B. Bonial    on behalf of Creditor    HSBC Finance Corporation notice@bkcylaw.com
              James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, Et Al...
               bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Pitcairn jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com
              Kevin T. McQuail    on behalf of Creditor    HSBC Mortgage Corp. ecfmail@mwc-law.com
              Kevin T. McQuail    on behalf of Creditor    Beneficial Consumer Discount, Co. ecfmail@mwc-law.com
              Marisa Myers Cohen    on behalf of Creditor    Beneficial Consumer Discount Company
               mcohen@mwc-law.com
              Mary F. Kennedy    on behalf of Creditor    GREEN TREE SERVICING LLC mary@javardianlaw.com,
               tami@javardianlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 19