# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

### CONCILIATION CONFERENCE MINUTES

**_Conciliation Conference:_**

| | | |
|---|---|---|
| **Debtor:** | WILLIAM R. KELLEY | |
| **Case Number:** | 13-21362-CMB | **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, MARCH 16, 2017 02:30 PM   3251 US STEEL | |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE | |

FILED
3/17/17 2:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**_Matter:_**

#131 Amended Plan Dated 2/6/2017 (FC)
[as of 3/8/17 the scheduling order appears unserved]
**R / M #:**  131 / 0

**_Appearances:_**

Debtor:  *Lemon*

Trustee:  Winnecour / ⟨Bedford⟩ / Pail / Katz

Creditor:  *Wallace - Peoples Gas*

**_Proceedings:_**  *Service of sched order is an issue*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ___✓___ Plan/Motion continued to *5-4-17* at *10:30* .
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set  for _____  at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other: