## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | WILLIAM R. KELLEY |
| **Case Number:** | 13-21362-CMB    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, MAY 04, 2017 10:30 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
5/4/17 4:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#131 - Continued Confirmation of Plan Dated 2/6/2017 (FC)
R / M #: 131 / 0

### *Appearances:*

Debtor: Lemon
Trustee: Winnecour / (Bedford) Pail / Katz
Creditor: Wallace - Peoples

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ___✓___ Plan/Motion continued to 7-6-17 at 10:00.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

4/26/2017    2:14:16PM