# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

| | |
|---|---|
| Debtor: | WILLIAM R. KELLEY |
| Case Number: | 13-21362-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, JULY 06, 2017 10:00 AM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
7/7/17 3:58 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#131 - Continued Confirmation of Plan Dated 2/6/2017 (FC)
R / M #:  131 / 0

**Appearances:**

Debtor: Michaels
Trustee: Winnecour / Bedford / Pail / (Katz)
Creditor: Wallace for Peoples

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Contested Hearing: 8/23/17 at 10:00 AM.
10. _____ Other:

Set for contested because plan appears to have stalled, indicating feasibility or good faith issues.

— Still waiting for confirmation that 2012 taxes filed.

— Never received $2500 lump sum payment that was to have been paid in 3/17

— Case is awaiting resolution of Lmp on 2nd mortgage — status unclear — mortgage in reserve

6/28/2017  2:08:33PM

United States Bankruptcy Court
Western District of Pennsylvania

In re:
William R. Kelley
    Debtor

Case No. 13-21362-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: jhel     Page 1 of 1     Date Rcvd: Jul 07, 2017
                  Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2017.
db            +William R. Kelley,    1028 Broadway Blvd.,    Pitcairn, PA 15140-1603

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2017 at the address(es) listed below:

            Andrew F Gornall    on behalf of Creditor    Wilmington Savings Fund Society, FSB, Et Al...
             agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
            Andrew F Gornall    on behalf of Creditor    Beneficial Consumer Discount Company
             agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
            Brian C. Thompson    on behalf of Debtor William R. Kelley bthompson@ThompsonAttorney.com,
            blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;nfulk1@t
            hompsonattorney.com;mhodge@thompsonattorney.com;ryandrlic@thompsonattorney.com;bthompson@ecf.cour
            tdrive.com
            Celine P. DerKrikorian    on behalf of Creditor    HSBC Mortgage Services, Inc. ecfmail@mwc-law.com
            Celine P. DerKrikorian    on behalf of Creditor    Beneficial Consumer Discount Company
            ecfmail@mwc-law.com
            Celine P. DerKrikorian    on behalf of Creditor    Beneficial Consumer Discount, Co.
            ecfmail@mwc-law.com
            Hilary B. Bonial    on behalf of Creditor    HSBC Finance Corporation notice@bkcylaw.com
            James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, Et Al...
            bkgroup@kmllawgroup.com
            Jeffrey R. Hunt    on behalf of Creditor    Borough of Pitcairn jhunt@grblaw.com,
            cnoroski@grblaw.com
            Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,    cnoroski@grblaw.com
            Kevin T. McQuail    on behalf of Creditor    HSBC Mortgage Corp. ecfmail@mwc-law.com
            Kevin T. McQuail    on behalf of Creditor    Beneficial Consumer Discount, Co. ecfmail@mwc-law.com
            Marisa Myers Cohen    on behalf of Creditor    Beneficial Consumer Discount Company
            mcohen@mwc-law.com
            Mary F. Kennedy    on behalf of Creditor    GREEN TREE SERVICING LLC mary@javardianlaw.com,
            tami@javardianlaw.com
            Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
            Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
            ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;dschimizzi@bernste
            inlaw.com;acarr@bernsteinlaw.com;cabbott@ecf.courtdrive.com
            Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
            S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
            Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
            S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
            Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                                               TOTAL: 19