## PROCEEDING MEMO

Date: 08/23/2017 10:00 am

In re: William R. Kelley

Bankruptcy No. 13-21362-CMB
Chapter: 13
Doc. # 131

**Appearances:**

Movant(s):    ~~Winnecour / Pail / Bedford~~ / (Katz)
              Brent Lemon
Respondent(s):    ~~Brian C. Thompson, Esq.~~ for Debtor

Creditor(s):

Nature of Proceeding:    Contested Plan hearing re
                         Plan dated 2/6/2017

Additional Pleadings:    #131 Amended Chapter 13 Plan Dated 2-6-2017
                         #135 Conciliation Conference Minutes
                         #137 Conciliation Conference Minutes
                         #138 Conciliation Conference Minutes

Judge's Notes:    Per trustee, waiting for confirmation that 2012 tax returns filed. $2500 lump sum
Outcome:          payment was to be made in March. Awaiting resolution of loss mitigation.

____Motion is GRANTED____Order Entered     Per Debtor's counsel, the $2500 has not been paid and waiting for
____Motion is DENIED____Order entered       2012 tax return.
____Motion WITHDRAWN                        Debtor has been making payments, though.
____Motion is DISMISSED____Order entered
____Reschedule for Proper Service           Cont'd to Sept. 27th at 11:00 a.m.
____Case DISMISSED____Order entered
____Parties to submit Order/Settlement/Stipulation by____days
____CONTINUED MATTER: ____for at least____days (Court to Issue Order)
____ISSUE EVIDENTIARY HEARING NOTCE
____Discovery time needed____days
____Briefs to be filed:    Movant(s) brief due____days
                           Respondent(s) brief due____days
                           Trustee's brief due____days

**FILED**

AUG 23 2017

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

Carlota M. Böhm
U.S. Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                  Case No. 13-21362-CMB
William R. Kelley                                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw                    Page 1 of 1                  Date Rcvd: Aug 24, 2017
                              Form ID: pdf900               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2017.
db             +William R. Kelley,    1028 Broadway Blvd.,    Pitcairn, PA 15140-1603

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 24, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Wilmington Savings Fund Society, FSB, Et Al...
               agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    Beneficial Consumer Discount Company
               agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Brian C. Thompson    on behalf of Debtor William R. Kelley bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;nfulk1@t
               hompsonattorney.com;mhodge@thompsonattorney.com;ryandrlic@thompsonattorney.com;bthompson@ecf.cour
               tdrive.com
              Celine P. DerKrikorian    on behalf of Creditor    HSBC Mortgage Services, Inc. ecfmail@mwc-law.com
              Celine P. DerKrikorian    on behalf of Creditor    Beneficial Consumer Discount Company
               ecfmail@mwc-law.com
              Celine P. DerKrikorian    on behalf of Creditor    Beneficial Consumer Discount, Co.
               ecfmail@mwc-law.com
              Hilary B. Bonial    on behalf of Creditor    HSBC Finance Corporation notice@bkcylaw.com
              James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, Et Al...
               bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Pitcairn jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,    cnoroski@grblaw.com
              Kevin T. McQuail    on behalf of Creditor    HSBC Mortgage Corp. ecfmail@mwc-law.com
              Kevin T. McQuail    on behalf of Creditor    Beneficial Consumer Discount, Co. ecfmail@mwc-law.com
              Marisa Myers Cohen    on behalf of Creditor    Beneficial Consumer Discount Company
               mcohen@mwc-law.com
              Mary F. Kennedy    on behalf of Creditor    GREEN TREE SERVICING LLC mary@javardianlaw.com,
               tami@javardianlaw.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 19