# PROCEEDING MEMO

**Date:** 09/27/2017 11:00 am

**In re:** William R. Kelley

**Bankruptcy No.** 13-21362-CMB
**Chapter:** 13
**Doc. #** 131

**Appearances:**

**Movant(s):** Winnecour / ~~Pail / Bedford / Katz~~
     Brent Lemon

**Respondent(s):** ~~Brian C. Thompson, Esq.~~ for Debtor

**Creditor(s):**

**Nature of Proceeding:** Contested Plan hearing re Plan dated 2/6/2017

**Additional Pleadings:** #131 Amended Chapter 13 Plan Dated 2-6-2017
#135 Conciliation Conference Minutes
#137 Conciliation Conference Minutes
#138 Conciliation Conference Minutes

**Judge's Notes:** Trustee needs 2012 taxes and there is a lump sum issue to be paid.

**Outcome:** Per Debtor's counsel, cannot reach Debtor. Debtor must provide confirmation that 2012 tax returns were filed, as well as $2500 was to be paid in March 2017. Still awaiting resolution of loss mit on second mortgage.

___ Motion is GRANTED ___ Order Entered
___ Motion is DENIED ___ Order entered
___ Motion WITHDRAWN
___ Motion is DISMISSED ___ Order entered
___ Reschedule for Proper Service
___ Case DISMISSED ___ Order entered
___ Parties to submit Order/Settlement/Stipulation by ___ days
___ CONTINUED MATTER: ___ for at least ___ days (Court to Issue Order)
___ ISSUE EVIDENTIARY HEARING NOTCE
___ Discovery time needed ___ days
___ Briefs to be filed:     Movant(s) brief due ___ days
                 Respondent(s) brief due ___ days
                 Trustee's brief due ___ days

Debtor ordered to file 2012 tax return and give explanation as to why lump sum of $2500 not paid.

Debtor instructed to personally appear at conciliation. IF these items not addressed, Trustee to file motion to dismiss.

Conciliation on Nov. 2, 2017 at 10:30 a.m.

**FILED**
SEP 27 2017
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

Carlota M. Böhm
U.S. Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 13-21362-CMB
William R. Kelley                                                     Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: dsaw                 Page 1 of 1              Date Rcvd: Sep 27, 2017
                             Form ID: pdf900            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2017.
db           +William R. Kelley,    1028 Broadway Blvd.,    Pitcairn, PA 15140-1603

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Wilmington Savings Fund Society, FSB, Et Al...
               agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    Beneficial Consumer Discount Company
               agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Brian C. Thompson    on behalf of Debtor William R. Kelley bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mhodge@t
               hompsonattorney.com;ryandrlic@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonat
               torney.com
              Celine P. DerKrikorian    on behalf of Creditor    HSBC Mortgage Services, Inc. ecfmail@mwc-law.com
              Celine P. DerKrikorian    on behalf of Creditor    Beneficial Consumer Discount Company
               ecfmail@mwc-law.com
              Celine P. DerKrikorian    on behalf of Creditor    Beneficial Consumer Discount, Co.
               ecfmail@mwc-law.com
              Hilary B. Bonial    on behalf of Creditor    HSBC Finance Corporation notice@bkcylaw.com
              James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, Et Al...
               bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Pitcairn jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,    cnoroski@grblaw.com
              Kevin T. McQuail    on behalf of Creditor    HSBC Mortgage Corp. ecfmail@mwc-law.com
              Kevin T. McQuail    on behalf of Creditor    Beneficial Consumer Discount, Co. ecfmail@mwc-law.com
              Marisa Myers Cohen    on behalf of Creditor    Beneficial Consumer Discount Company
               mcohen@mwc-law.com
              Mary F. Kennedy    on behalf of Creditor    GREEN TREE SERVICING LLC mary@javardianlaw.com,
               tami@javardianlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                               TOTAL: 19