# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

**_Conciliation Conference:_**

|  |  |  |
|---|---|---|
| **Debtor:** | WILLIAM R. KELLEY | |
| **Case Number:** | 13-21362-CMB | **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, NOVEMBER 02, 2017 10:30 AM  3251 US STEEL | |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE | |

FILED
11/6/17 11:41 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**_Matter:_**

#131 - Continued Confirmation of Plan Dated 2/6/2017 (FC)
R / M #:  131 / 0

**_Appearances:_**

*THOMPSON  w/ deBtor*

Debtor:
Trustee:  Winnecour / Bedford / (Pail) / Katz

Creditor:

**_Proceedings:_**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to *11/11/18* at *10:00*.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set  for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

10/27/201'  9:06:36AM