# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No.: 13-21362-CMB |
| William R. Kelley, | ) | |
| | ) | Chapter 13 |
| Debtor. | ) | |
| _____ | ) | Document No. |
| | ) | |
| William R. Kelley, | ) | |
| | ) | Related to Document No. |
| Movant, | ) | |
| | ) | |
| v. | ) | **Hearing Date and Time:** |
| | ) | **December 20, 2017 at 11:00 a.m.** |
| Ditech Financial, LLC, | ) | |
| | ) | |
| Respondent. | ) | |

## CERTIFICATE OF SERVICE

I, Jill A. Gorzé, hereby certify that I served the Objection to Claim of Ditech Financial, LLC, proposed Order and corresponding Notice of Hearing by first class mail on November 17, 2017 on the following parties:

Ditech Financial, LLC
c/o Marilyn Michelle Busier
Bankruptcy Senior Specialist
2100 East Elliot Road
Building 94 T-120
Tempe, AZ  85284

Ditech Financial, LLC
P.O. Box 0049
Palatine, IL  60055

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

Office of U.S. Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Dated: November 17, 2017

/s/ Jill A. Gorzé
Jill A. Gorzé, Paralegal
Thompson Law Group, P.C.
125 Warrendale Bayne Rd., Suite 200
Warrendale, PA  15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
jgorze@thompsonattorney.com