# PROCEEDING MEMO

**Date:** 12/20/2017 11:00 am

**In re:** William R. Kelley

Bankruptcy No. 13-21362-CMB
Chapter: 13
Doc. # 145

**Appearances:**

**Movant(s):** ~~Brian C. Thompson, Esq.~~ for Debtor   Lauren Michaels for Debtor

**Respondent(s):** ~~Mary F. Kennedy, Esq. for Ditech~~

Winnecour / Pail / Bedford / (Katz)

**Creditor(s):** Scott Hare for Ditech

**Nature of Proceeding:** #145 Objection to Claim of Ditech Financial LLC at claim number 10

**Additional Pleadings:**
#146 Notice of Hearing
#147 Certificate of Service
#148 Debtor's Response

**Judge's Notes:**
**Outcome:**

The parties have reached a settlement. Consent order to be filed within 1 week. Per trustee, they have no objection to consent order, but proof of claim did not have a proof of assignment attached to it. Trustee wants to make sure that is filed.

____Motion is GRANTED____Order Entered   Mr. Hare to *provide the assignment to Mr. Katz and file it, if necessary.*

____Motion is DENIED____Order entered

____Motion WITHDRAWN

____Motion is DISMISSED____Order entered

____Reschedule for Proper Service

____Case DISMISSED____Order entered

____Parties to submit Order/Settlement/Stipulation by____days

____CONTINUED MATTER: ____for at least____days (Court to Issue Order)

____ISSUE EVIDENTIARY HEARING NOTCE

____Discovery time needed____days

____Briefs to be filed:   Movant(s) brief due____days
Respondent(s) brief due____days
Trustee's brief due____days

**FILED**
DEC 20 2017
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

Carlota M. Böhm
U.S. Bankruptcy Court