IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    William R. Kelley<br>            Debtor | Bankruptcy No. 13-21362 CMB<br><br>Chapter 13 |
| William R. Kelley<br>            Movant | Related to Document No. 145 & 148  & 150 |
| vs. | Hearing Date & Time: 12/20/2017 @ 11:00 am |
| Ditech Financial LLC<br>            Respondent | |

**CONSENT ORDER**

WHEREAS, Debtor's confirmed Amended Plan provides for Beneficial/HFC to receive $0.00 in pre-petition arrears and to receive $97.45 in monthly post-petition mortgage payments;

WHEREAS, the Amended Plan was confirmed on January 23, 2017;

WHEREAS, on March 9, 2015 the Chapter 13 Trustee filed a Notice of Funds on Reserve (hereinafter "the Notice") with regard to the regular monthly payments that were being paid to Beneficial. The Notice indicated that the Trustee received notice asking that future payments be sent to Green Tree Servicing (Ditech Financial LLC was formerly known as Green Tree Servicing LLC). The Notice advised that no further payment would be issued until a proof of assignment/notice of transfer was filed.;

WHEREAS, on November 1, 2017 Ditech Financial LLC ("Respondent") filed a Proof of Claim, No. 10. Respondent filed this Proof of Claim so that the Trustee would

release the funds being held in reserve and so that the Trustee would begin disbursing the post-petition mortgage payments of $97.45 to Respondent;

WHEREAS, on November 17, 2017 Debtor filed an Objection to Proof of Claim No. 10; and

WHEREAS, the parties hereto, and their respective counsel, have agreed as to the disposition of the Motion and stipulate and agree as follows:

1. The parties agree that the confirmed Plan governs as to the treatment of Proof of Claim No. 10.

2. The parties agree that the funds being held on reserve per the Notice filed on March 15, 2015 (docket No. 84) shall be released to Respondent. The funds shall be sent to the payment address listed in Proof of Claim No. 10.

3. The parties agree that the Trustee shall disburse the monthly post-petition mortgage payments of $97.45 to Respondent at the payment address listed in Proof of Claim No. 10.

4. The parties agree that a facsimile may be submitted to the Court as if it were an original.

STIPULATED AND AGREED TO BY:

/s/ Brian C. Thompson                                    Date:12/28/2017
Brian C. Thompson, Esquire
PA ID# 91197
Thompson Law Group, P.C.
125 Warrendale-Bayne Road, Suite 200
Warrendale, PA 15086
724-799-8404
bthompson@ThompsonAttorney.com
Attorney for William R. Kelley

{00472415}                                                                    2

/s/ Mary K. Kennedy      Date: 12/28/2017
Mary K. Kennedy, Esquire
PA ID# 77149
Law Office of Gregory Javardian, LLC
1310 Industrial Blvd, Ste 101
Southampton, PA 18966
215-942-9690
mary@javardianlaw.com
Attorney for Ditech Financial LLC


/s/ Owen Katz      Date: 12/23/2017
Owen Katz, Esquire
PA ID# 36473
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
412-471-5566
okatz@chapter13trusteewdpa.com
Chapter 13 Trustee

On this  2nd  day of  January, 2018 , ~~2017~~, approved by the Court.

_____
United States Bankruptcy Judge
Carlota M. Bohm

FILED
1/2/18 3:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

{00472415}                                                        3

United States Bankruptcy Court
Western District of Pennsylvania

In re:
William R. Kelley
     Debtor

Case No. 13-21362-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dsaw     Page 1 of 1     Date Rcvd: Jan 02, 2018
                    Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 04, 2018.
db           +William R. Kelley,    1028 Broadway Blvd.,    Pitcairn, PA 15140-1603

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2018                                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 2, 2018 at the address(es) listed below:

        Andrew F Gornall    on behalf of Creditor    Wilmington Savings Fund Society, FSB, Et Al...
         agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
        Andrew F Gornall    on behalf of Creditor    Beneficial Consumer Discount Company
         agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
        Brian C. Thompson    on behalf of Debtor William R. Kelley bthompson@ThompsonAttorney.com,
         blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;ryandrli
         c@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
        Celine P. DerKrikorian    on behalf of Creditor    HSBC Mortgage Services, Inc. ecfmail@mwc-law.com
        Celine P. DerKrikorian    on behalf of Creditor    Beneficial Consumer Discount Company
         ecfmail@mwc-law.com
        Celine P. DerKrikorian    on behalf of Creditor    Beneficial Consumer Discount, Co.
         ecfmail@mwc-law.com
        Hilary B. Bonial    on behalf of Creditor    HSBC Finance Corporation hbonial@bonialpc.com
        James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, Et Al...
         bkgroup@kmllawgroup.com
        Jeffrey R. Hunt    on behalf of Creditor    Borough of Pitcairn jhunt@grblaw.com,
         cnoroski@grblaw.com
        Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,   cnoroski@grblaw.com
        Kevin T. McQuail    on behalf of Creditor    HSBC Mortgage Corp. ecfmail@mwc-law.com
        Kevin T. McQuail    on behalf of Creditor    Beneficial Consumer Discount, Co. ecfmail@mwc-law.com
        Marisa Myers Cohen    on behalf of Creditor    Beneficial Consumer Discount Company
         mcohen@mwc-law.com
        Mary F. Kennedy    on behalf of Creditor    GREEN TREE SERVICING LLC mary@javardianlaw.com,
         tami@javardianlaw.com
        Mary F. Kennedy    on behalf of Creditor    DITECH FINANCIAL LLC mary@javardianlaw.com,
         tami@javardianlaw.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
         ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
         Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
        S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
         Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                              TOTAL: 20