**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

01/19/2018

IN RE:

WILLIAM R. KELLEY
1028 BROADWAY BLVD.
PITCAIRN, PA  15140
XXX-XX-4564           Debtor(s)

Case No.13-21362 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

1/19/2018

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **DUQUESNE LIGHT COMPANY*** | Trustee Claim Number:1   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN: TARA R PFEITER, LITIGATION COUNSEL | Court Claim Number: | ACCOUNT NO.: 4564 |
| 411 7TH AVE | | |
| MAIL DROP 16-1 | CLAIM:  0.00 | |
| PITTSBURGH, PA  15219 | COMMENT: | |

| | | |
|---|---|---|
| **WILMINGTON SAVINGS FUND SOCIETY FSB DB** | Trustee Claim Number:2   INT %:  0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEI |
| C/O RUSHMORE LOAN MANAGEMENT SVCS | Court Claim Number:9 | ACCOUNT NO.: 7191 |
| 500 DELAWARE AVE 11TH FLOOR | | |
| | CLAIM:  0.00 | |
| WILMINGTON, DE  19801 | COMMENT:  PMT/COE*DKT4PMT-LMT*BENEFICIAL CDC*DK*FR HSBC-DOC 101 | |

| | | |
|---|---|---|
| **EQUITABLE GAS CO (*)** | Trustee Claim Number:3   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 225 NORTH SHORE DR | Court Claim Number:8 | ACCOUNT NO.: 3729 |
| | CLAIM:  417.55 | |
| PITTSBURGH, PA  15212 | COMMENT:  1453729 *4564/SCH | |

| | | |
|---|---|---|
| **DITECH FINANCIAL LLC** | Trustee Claim Number:4   INT %:  0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEI |
| PO BOX 0049 | Court Claim Number:10 | ACCOUNT NO.: 2843 |
| | CLAIM:  0.00 | |
| PALATINE, IL  60055-0049 | COMMENT:  PMT/PL-STIP OE*97.45x60+2=LMT*2ND*BENEFICIAL/PL*FLD AFT BAR*MATURED 3- | |

| | | |
|---|---|---|
| **GATEWAY SD (MONROEVILLE) (RE)** | Trustee Claim Number:5   INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
| C/O WEISS BURKARDT KRAMER LLC - DLNQ CLI | Court Claim Number: | ACCOUNT NO.: 7G27 |
| 445 FORT PITT BLVD STE 503 | | |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15219 | COMMENT:  747G27:01-12/PL*NT OWED/PREP NOTES*DKT | |

| | | |
|---|---|---|
| **GATEWAY SD (PITCAIRN) (RE)** | Trustee Claim Number:6   INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
| C/O WEISS BURKARDT KRAMER LLC - DLNQ CLI | Court Claim Number: | ACCOUNT NO.: G151 |
| 445 FT PITT BLVD STE 503 | | |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15219 | COMMENT:  747G151:01-12/PL*SURR/CONF*5248@10%/PL*NT ADR/SCH | |

| | | |
|---|---|---|
| **COUNTY OF ALLEGHENY (R/E TAX)*** | Trustee Claim Number:7   INT %:  12.00% | CRED DESC:  SECURED CREDITOR |
| %JORDAN TAX SVC-CUR/DLNQ CLCTR | Court Claim Number:5 | ACCOUNT NO.: 7G27 |
| POB 200 | | |
| | CLAIM:  1,535.64 | |
| BETHEL PARK, PA  15102 | COMMENT:  747G27;11-13*1534.64@12%/PL*W/23 | |

| | | |
|---|---|---|
| **COUNTY OF ALLEGHENY (R/E TAX)*** | Trustee Claim Number:8   INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
| %JORDAN TAX SVC-CUR/DLNQ CLCTR | Court Claim Number:5 | ACCOUNT NO.: G151 |
| POB 200 | | |
| | CLAIM:  0.00 | |
| BETHEL PARK, PA  15102 | COMMENT:  747G151;06-07,11-13*SURR/CONF*515.97/CL*299@12%/TTL PL~11-13*W/24 | |

| | | |
|---|---|---|
| **MUNICIPALITY OF MONROEVILLE (RE)** | Trustee Claim Number:9   INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
| C/O TAX COLLECTOR - DLNQ YRS | Court Claim Number: | ACCOUNT NO.: 7G27 |
| 2700 MONROEVILLE BLVD | | |
| | CLAIM:  0.00 | |
| MONROEVILLE, PA  15146 | COMMENT:  747G27:01-12/PL*NT OWED/PREP NOTES | |

| | | |
|---|---|---|
| **PITCAIRN BOROUGH (RE)** | Trustee Claim Number:10   INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
| C/O JORDAN TAX SVC-DLNQ CLLCTR | Court Claim Number:6 | ACCOUNT NO.: G151 |
| 102 RAHWAY RD | | |
| | CLAIM:  0.00 | |
| MCMURRAY, PA  15317 | COMMENT:  747G151;92-94,01-11*SURR/CONF*1364.98/CL*350@10%/TTL PL~01-12*W/20 | |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:11  INT %: 5.25%<br>Court Claim Number:1<br>CLAIM: 7,922.92<br>COMMENT: $CL-PL*5.25%MDF/PL*FR SANTANDER-DOC 75 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 1000 |
| **ADT SECURITY SVCS++**<br>14200 E EXPOSITION AVE<br><br>AURORA, CO 80012 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6812 |
| **CITIZENS BANK***<br>1 CITIZENS DRIVE<br><br>RIVERSIDE, RI 02915 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1951 |
| **QUANTUM3 GROUP LLC AGNT - GALAXY ASSET**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:7<br>CLAIM: 6,327.16<br>COMMENT: 2312~DISPUTED/SCH*GMAC | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3496 |
| **MONROEVILLE WTR/SWG AUTHORITY**<br>MONROEVILLE MUNICIPAL AUTHORITY<br>219 SPEELMAN LN<br>MONROEVILLE, PA 15146 | Trustee Claim Number:15  INT %: 10.00%<br>Court Claim Number:4<br>CLAIM: 68.54<br>COMMENT: $CL-PL*SEC/CONF@10%*PRI/CL | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 3047 |
| **ONE MAIN FINANCIAL(*)**<br>PO BOX 3251<br><br>EVANSVILLE, IN 47731-3251 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4835 |
| **VERIZON**++**<br>ATTN BANKRUPTCY CENTER<br>POB 3037<br>BLOOMINGTON, IL 61702 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7902 |
| **VERIZON WIRELESS**++**<br>BANKRUPTCY ADMINISTRATION<br>PO BOX 3397<br>BLOOMINGTON, IL 61702 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7510 |
| **WILKINSBURG-PENN JT WATER AUTH**<br>2200 ROBINSON BLVD<br><br>PITTSBURGH, PA 15221 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4564 |
| **PITCAIRN BOROUGH (RE)**<br>C/O JORDAN TAX SVC-DLNQ CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 0.00<br>COMMENT: 747G151;92-94,01-11*NON%*SURR/CONF*1473.86/CL*350@10%/TTL PL~01-12*W/1( | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: G151 |

| Creditor | Claim Info | Description |
|---|---|---|
| **PITCAIRN BOROUGH (RE)**<br>C/O JORDAN TAX SVC-DLNQ CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA  15317 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:6<br>CLAIM:  0.00<br>COMMENT:  747G149;01-04,11*SURR/CONF*270.81/CL*PROP NT/SCH-PL*WNTS 10%*W/22 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  G149 |
| **PITCAIRN BOROUGH (RE)**<br>C/O JORDAN TAX SVC-DLNQ CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA  15317 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:6<br>CLAIM:  0.00<br>COMMENT:  747G149;01-04,11*NON%*SURR/CONF*317.46/CONF*PROP NT/SCH-PL*W/21 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  G149 |
| **COUNTY OF ALLEGHENY (R/E TAX)***<br>%JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br>BETHEL PARK, PA  15102 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:5<br>CLAIM:  1,037.83<br>COMMENT:  747G27;11-13*NON%*$CL-PL*0%/PL*W/7 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  7G27 |
| **COUNTY OF ALLEGHENY (R/E TAX)***<br>%JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br>BETHEL PARK, PA  15102 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:5<br>CLAIM:  0.00<br>COMMENT:  747G151;06-07,11-13*NON%*SURR/CONF*382.94/CL*299@12%/TTL PL~11-13*W/8 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  G151 |
| **COUNTY OF ALLEGHENY (R/E TAX)***<br>%JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br>BETHEL PARK, PA  15102 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:5<br>CLAIM:  0.00<br>COMMENT:  747G149;04,11-13*SURR/CONF*240.17/CL*PROP NT/SCH-PL*W/26 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  G149 |
| **COUNTY OF ALLEGHENY (R/E TAX)***<br>%JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br>BETHEL PARK, PA  15102 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:5<br>CLAIM:  0.00<br>COMMENT:  747G149;04,11-13*NON%*SURR/CONF*PROP NT/SCH-PL*W/25 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  G149 |
| **WILMINGTON SAVINGS FUND SOCIETY FSB DB**<br>C/O RUSHMORE LOAN MANAGEMENT SVCS<br>500 DELAWARE AVE 11TH FLOOR<br>WILMINGTON, DE  19801 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number:9<br>CLAIM:  0.00<br>COMMENT:  SEE CID-2*BENEFICIAL CDC*BGN 4/13*FR HSBC-DOC 101 | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  7191 |
| **WILMINGTON SAVINGS FUND SOCIETY FSB DB**<br>C/O RUSHMORE LOAN MANAGEMENT SVCS<br>500 DELAWARE AVE 11TH FLOOR<br>WILMINGTON, DE  19801 | Trustee Claim Number:28  INT %:  0.00%<br>Court Claim Number:9<br>CLAIM:  11,393.33<br>COMMENT:  $/COE-PL*DKT*THRU 3/13*FR HSBC-DOC 101 | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.:  7191 |
| **WILMINGTON SAVINGS FUND SOCIETY FSB DB**<br>C/O RUSHMORE LOAN MANAGEMENT SVCS<br>500 DELAWARE AVE 11TH FLOOR<br>WILMINGTON, DE  19801 | Trustee Claim Number:29  INT %:  0.00%<br>Court Claim Number:9<br>CLAIM:  400.00<br>COMMENT:  $/PL-CONF OE*NTC PP FEES/EXP*REF CL*W/28*BENEFICIAL CDC*FR HSBC-DOC 1 | CRED DESC:  Post Petition Claim (1305)<br>ACCOUNT NO.:  7191 |
| **OAK HARBOR CAPITAL VII LLC**<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA  98124 | Trustee Claim Number:30  INT %:  0.00%<br>Court Claim Number:2<br>CLAIM:  1,349.01<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0571 |

| Creditor | Trustee Claim # / Court Claim # / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **DUQUESNE LIGHT COMPANY*** <br> ATTN: TARA R PFEITER, LITIGATION COUNSEL <br> 411 7TH AVE <br> MAIL DROP 16-1 <br> PITTSBURGH, PA 15219 | Trustee Claim Number:31  INT %: 0.00% <br> Court Claim Number:3 <br> CLAIM: 804.86 <br> COMMENT: ACCT NT/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0001 |
| **EQUITABLE GAS CO (*)** <br> 225 NORTH SHORE DR <br><br> PITTSBURGH, PA 15212 | Trustee Claim Number:32  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: 1453729-316384/PL*BGN 4/14*PMT/COE*DKT!! | CRED DESC: PRIORITY CREDITOR <br> ACCOUNT NO.: 6384 |
| **WILMINGTON SAVINGS FUND SOCIETY FSB DB** <br> C/O RUSHMORE LOAN MANAGEMENT SVCS <br> 500 DELAWARE AVE 11TH FLOOR <br> WILMINGTON, DE 19801 | Trustee Claim Number:33  INT %: 0.00% <br> Court Claim Number:9 <br> CLAIM: 1,187.50 <br> COMMENT: $/PL-CONF OE*NTC PP FEE/EXP*REF CL*W/28*FR HSBC-DOC 101 | CRED DESC: Post Petition Claim (1305) <br> ACCOUNT NO.: 7191 |
| **WILMINGTON SAVINGS FUND SOCIETY FSB DB** <br> C/O RUSHMORE LOAN MANAGEMENT SVCS <br> 500 DELAWARE AVE 11TH FLOOR <br> WILMINGTON, DE 19801 | Trustee Claim Number:34  INT %: 0.00% <br> Court Claim Number:9 <br> CLAIM: 1,684.22 <br> COMMENT: $/PL-CONF OE*NTC PP FEE/EXP*SUPPLEMENTAL REF CL*W/28*FR HSBC-DOC 101 | CRED DESC: Post Petition Claim (1305) <br> ACCOUNT NO.: 7191 |
| **ANDREW F GORNALL ESQ** <br> KML LAW GROUP PC <br> 701 MARKET ST STE 5000 <br> PHILADELPHIA, PA 19106 | Trustee Claim Number:35  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: WILMINGTON SVNGS~CHRISTIANA TRUST/PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |