## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  William R. Kelley, | : | Bankruptcy No.: 13-21362-CMB |
| | : | |
| | : | Chapter 13 |
| Debtor. | : | |
| Thompson Law Group, P.C., | : | |
| | : | Document No.: |
| Applicant, | : | |
| | : | Related to Document No.: 157, 158 |
| vs. | : | |
| | : | |
| No Respondent, | : | **Hearing Date and Time:** |
| | : | April 11, 2018 at 11:00 a.m. |
| Respondent. | : | |

## CERTIFICATION OF NO OBJECTION REGARDING
## APPLICATION FOR COMPENSATION

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on March 12, 2018 at Document No. 157 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Order Scheduling Hearing at Document No. 158, Objections to the Application were to be filed and served no later than March 29, 2018.

It is hereby respectfully requested that the Order attached to the Application at Document No. 157 be entered by the Court.

Date: March 30, 2018

s/ Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor
PA I.D. No.: 91197
THOMPSON LAW GROUP, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA  15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com