IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Bankruptcy No. 13-21362-CMB |
| William R. Kelley, | Chapter 13 |
| Debtor. | Document No. |
| Thompson Law Group, P.C., | Related to Document No. 157 |
| Applicant, | **Hearing date and time:** |
| | **April 11, 2018 at 11:00 A.M.** |
| vs. | |
| Respondent, | **ENTERED BY DEFAULT** |
| No Respondent. | |

ORDER OF COURT

AND NOW, the **FINAL APPLICATION OF THOMPSON LAW GROUP, P.C. FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTOR(S)** is approved for the total amount of **$5,721.00** for services rendered on behalf of the Debtor(s) for the period between November 17, 2015 through March 12, 2018, which represents $5,660.00 in fees and $61.00 in costs.

Date: 4/2/2018

_____ dms
U.S. Bankruptcy Court Judge

FILED
4/2/18 11:40 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
William R. Kelley  
    Debtor

Case No. 13-21362-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2　　　User: dsaw　　　Page 1 of 1　　　Date Rcvd: Apr 02, 2018  
　　　　　　　　　　　　Form ID: pdf900　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2018.  
db　　　　+William R. Kelley,    1028 Broadway Blvd.,    Pitcairn, PA 15140-1603

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2018　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2018 at the address(es) listed below:

　　　　Andrew F Gornall    on behalf of Creditor    Wilmington Savings Fund Society, FSB, Et Al...  
　　　　 agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
　　　　Andrew F Gornall    on behalf of Creditor    Beneficial Consumer Discount Company  
　　　　 agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
　　　　Brian C. Thompson    on behalf of Debtor William R. Kelley bthompson@ThompsonAttorney.com,  
　　　　 blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;ryandrli  
　　　　 c@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com  
　　　　Celine P. DerKrikorian    on behalf of Creditor    HSBC Mortgage Services, Inc. ecfmail@mwc-law.com  
　　　　Celine P. DerKrikorian    on behalf of Creditor    Beneficial Consumer Discount Company  
　　　　 ecfmail@mwc-law.com  
　　　　Celine P. DerKrikorian    on behalf of Creditor    Beneficial Consumer Discount, Co.  
　　　　 ecfmail@mwc-law.com  
　　　　Hilary B. Bonial    on behalf of Creditor    HSBC Finance Corporation hbonial@bonialpc.com  
　　　　James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, Et Al...  
　　　　 bkgroup@kmllawgroup.com  
　　　　Jeffrey R. Hunt    on behalf of Creditor    Borough of Pitcairn jhunt@grblaw.com,  
　　　　 cnoroski@grblaw.com  
　　　　Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com  
　　　　Kevin T. McQuail    on behalf of Creditor    HSBC Mortgage Corp. ecfmail@mwc-law.com  
　　　　Kevin T. McQuail    on behalf of Creditor    Beneficial Consumer Discount, Co. ecfmail@mwc-law.com  
　　　　Marisa Myers Cohen    on behalf of Creditor    Beneficial Consumer Discount Company  
　　　　 mcohen@mwc-law.com  
　　　　Mary F. Kennedy    on behalf of Creditor    GREEN TREE SERVICING LLC mary@javardianlaw.com,  
　　　　 tami@javardianlaw.com  
　　　　Mary F. Kennedy    on behalf of Creditor    DITECH FINANCIAL LLC mary@javardianlaw.com,  
　　　　 tami@javardianlaw.com  
　　　　Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
　　　　Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,  
　　　　 ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
　　　　Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
　　　　S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,  
　　　　 Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
　　　　S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,  
　　　　 Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 20