**Form 225**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**William R. Kelley**
Debtor(s)

Bankruptcy Case No.: 13−21362−CMB

Chapter: 13
Docket No.: 167 − 162

## ORDER

    **IT IS HEREBY ORDERED** that the above−captioned case is **DISMISSED WITHOUT PREJUDICE.**

    Each *Income Attachment* issued in the case is now **TERMINATED.**

    Debtor(s) must immediately serve a copy of this *Order* on each employer/entity subject to an *Attachment Order,* so that each such employer/entity knows to stop the attachment.

    Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. §349,* and creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this *Order.*

    Debtor(s) remain legally liable for all of their debts as if the bankruptcy petition had not been filed.

Dated: May 8, 2018

Carlota M. Bohm
United States Bankruptcy Judge

cm: All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 13-21362-CMB
William R. Kelley                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw                Page 1 of 2              Date Rcvd: May 08, 2018
                              Form ID: 225              Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2018.
```
db         +William R. Kelley,   1028 Broadway Blvd.,   Pitcairn, PA 15140-1603
cr         +Beneficial Consumer Discount Company,   14841 Dallas Parkway Suite 300,   Dallas, TX 75254-7883
cr         +Borough of Pitcairn,   582 Sixth Street,   Pitcairn, PA 15140-1200
cr          Duquesne Light Company,   c/o Peter J. Ashcroft,   2200 Gulf Tower,   Pittsburgh, PA 15219
cr         +Equitable Gas Bankruptcy Department,   Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
             Pittsburgh, PA 15212-5860
cr         +HSBC Finance Corporation,   P. O. Box 829009,   Dallas, TX 75382-9009
cr         +Peoples Natural Gas Company LLC,   Attention: Barbara Rodgers,   375 North Shore Drive,
             Pittsburgh, PA 15212-5866
13649052   +Borough of Pitcairn,   c/o Goehring Rutter & Boehm,   437 Grant Street, 14th Floor,
             Pittsburgh, PA 15219-6101
13601445   +Citizens Bank,   1 Citizens Drive,   Riverside, RI 02915-3000
13649051   +County of Allegheny,   c/o Goehring Rutter & Boehm,   437 Grant Street, 14th Floor,
             Pittsburgh, PA 15219-6101
14721437   +Ditech Financial LLC,   2100 East Elliot Rd., Bldg. 94,   Recovery Dept - T120,
             Tempe, AZ 85284-1806
13601448   +Galaxy Asset Purchasing,   c/o Asset Recovery Solutions,   2200 E. Devon Ave., Ste. 200,
             Des Plaines, IL 60018-4501
13601449   +Gateway School DistrictTax Office,   2700 Monreoville Blvd.,   Monroeville, PA 15146-2359
13601450   +John K. Weinstein,   Allegheny County Treasurer,   PO Box 643385,   Pittsburgh, PA 15264-3385
13601452   +Monroeville Municipal Authority,   219 Speelman Lane,   Monroeville, PA 15146-3903
13601453   +Municipality of Monroeville Tax Office,   2700 Monreoville Blvd.,   Monroeville, PA 15146-2359
13601454   +NCC Business Services, Inc.,   PO Box 23758,   Jacksonville, FL 32241-3758
13601455   +NCO Financial Systems, Inc.,   PO Box 12100, Dept 64,   Trenton, NJ 08650-2100
13601457   +Penn Credit Corporation,   916 S. 14th Street,   Harrisburg, PA 17104-3425
13601458   +Pitcairn Boro Real Estate Tax,   222 Center Avenue,   Pitcairn, PA 15140-1416
13601460   +United Collection Bureau, Inc.,   PO Box 140190,   Toledo, OH 43614-0190
13601463   +West Penn Joint Water Authority,   2200 Robinson Blvd.,   Pittsburgh, PA 15221-1112
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr          +EDI: PRA.COM May 09 2018 05:43:00      PRA Receivables Management, LLC,   PO Box 41067,
             Norfolk, VA 23541-1067
13601443   +E-mail/Text: amscbankruptcy@adt.com May 09 2018 01:57:39      ADT Security Services,
             PO Box 650485,   Dallas, TX 75265-0485
13601444   +EDI: HFC.COM May 09 2018 05:43:00      Beneficial/HFC,   PO Box 9068,   Brandon, FL 33509-9068
13601446   +E-mail/Text: kburkley@bernsteinlaw.com May 09 2018 01:57:35      Duquesne Light Company,
             411 Seventh Avenue,   Pittsburgh, PA 15219-1942
13644229   +E-mail/Text: kburkley@bernsteinlaw.com May 09 2018 01:57:35      Duquesne Light Company,
             c/o Bernstein-Burkley, P.C.,   707 Grant Street,   Suite 2200 Gulf Tower,
             Pittsburgh, PA 15219-1908
13692548   +EDI: HFC.COM May 09 2018 05:43:00      HSBC Mortgage Services, Inc.,   PO Box 21188,
             Eagan, MN 55121-0188
13601451   +EDI: LEADINGEDGE.COM May 09 2018 05:43:00      Leading Edge Recovery Solutions,
             5440 N. Cumberland Ave., Suite 300,   Chicago, IL 60656-1486
13641986   +EDI: OPHSUBSID.COM May 09 2018 05:43:00      OAK HARBOR CAPITAL VII, LLC,
             C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13601456   +EDI: AGFINANCE.COM May 09 2018 05:43:00      One Main Financial,   6801 Colwell Blvd.,
             Irving, TX 75039-3198
13911903    EDI: PRA.COM May 09 2018 05:43:00      Portfolio Recovery Associates, LLC,   PO Box 41067,
             Norfolk, VA 23541
13656652    EDI: Q3G.COM May 09 2018 05:43:00      Quantum3 Group LLC as agent for,
             Galaxy Asset Purchasing LLC,   PO Box 788,   Kirkland, WA 98083-0788
13601459   +EDI: DRIV.COM May 09 2018 05:43:00      Santander Consumer USA,   Attention: Bankruptcy Dept.,
             PO Box 560284,   Dallas, TX 75356-0284
13601461   +EDI: VERIZONCOMB.COM May 09 2018 05:43:00      Verizon,   500 Technology Drive, Suite 300,
             Weldon Springs, MO 63304-2225
13601462   +EDI: VERIZONCOMB.COM May 09 2018 05:43:00      Verizon Wireless,   PO Box 25505,
             Lehigh Valley, PA 18002-5505
14185655   +E-mail/Text: Bankruptcy@wsfsbank.com May 09 2018 01:57:45
             Wilmington Savings Fund Society, FSB,   500 Delaware Avenue, 11th Floor,
             Wilmington, DE 19801-7405
                                                                                              TOTAL: 15
```

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr             Allegheny County
cr             Beneficial Consumer Discount, Co.
cr             DITECH FINANCIAL LLC
cr             GREEN TREE SERVICING LLC
cr             HSBC Mortgage Corp.
cr             HSBC Mortgage Services, Inc.
cr             Wilmington Savings Fund Society, FSB, Et Al...
```

```
District/off: 0315-2              User: dsaw                Page 2 of 2               Date Rcvd: May 08, 2018
                                  Form ID: 225              Total Noticed: 37

cr*            +BENEFICIAL CONSUMER DISCOUNT COMPANY,   14841 Dallas Parkway, Suite 300,
                 Dallas, TX 75254-7883
13601447       ##+Equitable Gas,    PO Box 6766,   Pittsburgh, PA 15212-0766
13674023       ##+Equitable Gas Company,    c/o Donna Treemarchi,    70 Glenn Way,    McKees Rocks, PA 15136-2436
                                                                                       TOTALS: 7, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2018 at the address(es) listed below:

```
              Andrew F Gornall    on behalf of Creditor    Wilmington Savings Fund Society, FSB, Et Al...
               andygornall@latouflawfirm.com
              Andrew F Gornall    on behalf of Creditor    Beneficial Consumer Discount Company
               andygornall@latouflawfirm.com
              Brian C. Thompson    on behalf of Debtor William R. Kelley bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgillesp
               ie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
              Celine P. DerKrikorian    on behalf of Creditor    Beneficial Consumer Discount, Co.
               ecfmail@mwc-law.com
              Celine P. DerKrikorian    on behalf of Creditor    HSBC Mortgage Services, Inc. ecfmail@mwc-law.com
              Celine P. DerKrikorian    on behalf of Creditor    Beneficial Consumer Discount Company
               ecfmail@mwc-law.com
              Hilary B. Bonial    on behalf of Creditor    HSBC Finance Corporation hbonial@bonialpc.com
              James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, Et Al...
               bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Pitcairn jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,   cnoroski@grblaw.com
              Kevin T. McQuail    on behalf of Creditor    HSBC Mortgage Corp. ecfmail@mwc-law.com
              Kevin T. McQuail    on behalf of Creditor    Beneficial Consumer Discount, Co. ecfmail@mwc-law.com
              Marisa Myers Cohen    on behalf of Creditor    Beneficial Consumer Discount Company
               mcohen@mwc-law.com
              Mary F. Kennedy    on behalf of Creditor    DITECH FINANCIAL LLC mary@javardianlaw.com,
               tami@javardianlaw.com
              Mary F. Kennedy    on behalf of Creditor    GREEN TREE SERVICING LLC mary@javardianlaw.com,
               tami@javardianlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                               TOTAL: 20
```