**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>WILLIAM R. KELLEY<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:13-21362<br><br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/29/2013 and confirmed on 05/31/2013 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 72,927.49 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 72,927.49 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 8,399.61 | |
| Trustee Fee | 2,912.85 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 11,312.46 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| WILMINGTON SAVINGS FUND SOCIETY FS<br>Acct: 7191 | 0.00 | 30,379.11 | 0.00 | 30,379.11 |
| DITECH FINANCIAL LLC<br>Acct: 2843 | 0.00 | 5,888.52 | 0.00 | 5,888.52 |
| WILMINGTON SAVINGS FUND SOCIETY FS<br>Acct: 7191 | 0.00 | 0.00 | 0.00 | 0.00 |
| WILMINGTON SAVINGS FUND SOCIETY FS<br>Acct: 7191 | 11,393.33 | 7,604.01 | 0.00 | 7,604.01 |
| GATEWAY SD (MONROEVILLE) (RE)<br>Acct: 7G27 | 0.00 | 0.00 | 0.00 | 0.00 |
| GATEWAY SD (PITCAIRN) (RE)<br>Acct: G151 | 0.00 | 0.00 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)*<br>Acct: 7G27 | 1,535.64 | 951.97 | 827.93 | 1,779.90 |
| COUNTY OF ALLEGHENY (R/E TAX)*<br>Acct: G151 | 0.00 | 0.00 | 0.00 | 0.00 |
| MUNICIPALITY OF MONROEVILLE (RE)<br>Acct: 7G27 | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PITCAIRN BOROUGH (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: G151 | | | | |
|   MONROEVILLE WTR/SWG AUTHORITY | 68.54 | 30.65 | 30.91 | 61.56 |
|     Acct: 3047 | | | | |
|   PITCAIRN BOROUGH (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: G151 | | | | |
|   PITCAIRN BOROUGH (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: G149 | | | | |
|   PITCAIRN BOROUGH (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: G149 | | | | |
|   COUNTY OF ALLEGHENY (R/E TAX)* | 1,037.83 | 692.66 | 0.00 | 692.66 |
|     Acct: 7G27 | | | | |
|   COUNTY OF ALLEGHENY (R/E TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: G151 | | | | |
|   COUNTY OF ALLEGHENY (R/E TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: G149 | | | | |
|   COUNTY OF ALLEGHENY (R/E TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: G149 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 7,922.92 | 7,922.92 | 1,158.52 | 9,081.44 |
|     Acct: 1000 | | | | |
| | | | | 55,487.20 |
| **Priority** | | | | |
|   BRIAN C THOMPSON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIAM R. KELLEY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THOMPSON LAW GROUP PC | 4,200.00 | 4,200.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THOMPSON LAW GROUP PC | 4,199.61 | 4,199.61 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRIAN C THOMPSON ESQ | 5,721.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX2-18 | | | | |
|   EQUITABLE GAS CO(*) | 0.00 | 6,127.83 | 0.00 | 6,127.83 |
|     Acct: 6384 | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY FS | 400.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7191 | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY FS | 1,187.50 | 0.00 | 0.00 | 0.00 |
|     Acct: 7191 | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY FS | 1,684.22 | 0.00 | 0.00 | 0.00 |
|     Acct: 7191 | | | | |
| | | | | 6,127.83 |
| **Unsecured** | | | | |
|   DUQUESNE LIGHT COMPANY* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4564 | | | | |
|   EQUITABLE GAS CO(*) | 417.55 | 0.00 | 0.00 | 0.00 |
|     Acct: 3729 | | | | |
|   ADT SECURITY SVCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6812 | | | | |
|   CITIZENS BANK* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1951 | | | | |
|   QUANTUM3 GROUP LLC AGNT - GALAXY A | 6,327.16 | 0.00 | 0.00 | 0.00 |
|     Acct: 3496 | | | | |
|   ONE MAIN FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4835 | | | | |
|   VERIZON**++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7902 | | | | |
|   VERIZON WIRELESS**++ | 0.00 | 0.00 | 0.00 | 0.00 |

| 13-21362 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | Acct: 7510 | | | | |
| | WILKINSBURG-PENN JT WATER AUTH | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4564 | | | | |
| | OAK HARBOR CAPITAL VII LLC | 1,349.01 | 0.00 | 0.00 | 0.00 |
| | Acct: 0571 | | | | |
| | DUQUESNE LIGHT COMPANY* | 804.86 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

*** N O N E ***

| TOTAL PAID TO CREDITORS | | 61,615.03 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 3,271.72 | |
| SECURED | 21,958.26 | |
| UNSECURED | 8.898.58 | |

Date: 06/20/2018

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com